# EXHIBIT 1

**LR11.2 Responsibility.** The attorney-in-charge is responsible in that action for the party. That individual attorney shall attend all court proceedings or send a fully informed attorney with authority to bind the client.

**LR11.3 Signing of Pleadings.** Every document filed must be signed by, or by permission of, the attorney-in-charge.

 11.3.A. *Required Information.* Under the signature shall appear:

  (1) attorney's individual name,

  (2) designation "attorney-in-charge,"

  (3) State bar number,

  (4) Southern District of Texas bar number,

  (5) office address including zip code, and

  (6) telephone and facsimile numbers with area codes.

 11.3.B. *Allowed Information.* Names of firms and associate counsel may appear with the designation "of counsel."

**LR11.4 Sanctions.** A paper that does not conform to the local or federal rules or that is otherwise objectionable may be struck on the motion of a party or by the Court.

## LR16. CIVIL PRETRIAL PROCEEDINGS

**LR16.1 Civil Initial Pretrial Conference; Scheduling Order.** Within 140 days after the filing of a complaint or notice of removal, the judge will conduct an initial pretrial conference under Federal Rule of Civil Procedure 16 and enter a scheduling order, except in these types of cases: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets.

 A judge may conduct an initial pretrial conference and enter a scheduling order in any of the types of cases excepted.

 A scheduling order setting cut-off dates for new parties, motions, expert witnesses and discovery, setting a trial date, and establishing a time framework for disposition of motions will be entered at the conference. Should there be an earlier Rule 26(f) discovery conference, the scheduling order may be entered at that conference.

 Additional pretrial/settlement/discovery conferences may be scheduled by the Court as the need is identified.